IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00824-EWN-MJW

ED THOMAS,

Plaintiff,

v.

PILLOW KINGDOM, INC., d/b/a FURNITURE ROW, LLC,

Defendant.

---

## MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendant's Motion to Compel Production of Documents Related to Plaintiff's Mitigation of Damages and Allegedly Privileged Documents Plaintiff has Refused to Identify on a Privilege Log (docket no. 56) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED insofar as the Plaintiff shall provide to Defendant a privilege log on or before August 1, 2008, as to the one document that has been described by counsel for Plaintiff, David Lane as ..."notes made by Ed Thomas at my request in order to provide me with a case summary." *See* paragraph 14 in response by Plaintiff (docket no. 58). The remainder of the subject motion (docket no. 56) is DENIED because Plaintiff has fully responded to the remaining discovery requests as outlined in the subject motion (docket no. 58).

It is FURTHER ORDERED that each party shall pay their own attorney fees and costs for this motion since I find to award such expenses would be unjust under the facts and circumstances of this case.

Date: July 25, 2008