**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-00824-CMA-MJW

ED THOMAS,

    Plaintiff,

v.

PILLOW KINGDOM, INC., d/b/a FURNITURE ROW, LLC,

    Defendant.

---

**ORDER RESETTING FINAL TRIAL PREPARATION CONFERENCE**

---

THIS MATTER comes before the Court on plaintiff's Unopposed Motion to Change Time of Hearing (Doc. # 80).

IT IS ORDERED that the motion is GRANTED and the Final Trial Preparation Conference set for October 23, 2008 at 2:45 p.m. is hereby rescheduled to October 23, 2008 **at 8:30 a.m.**.

DATED: October 22, 2008

                                          BY THE COURT:

                                          /s/ Christine M. Arguello
                                          _____
                                          Christine M. Arguello
                                          United States District Judge