IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-00824-CMA-MJW

ED THOMAS,

    Plaintiff,

v.

PILLOW KINGDOM, INC., d/b/a FURNITURE ROW, LLC,

    Defendant.

---

## ORDER TO SET LAW AND MOTIONS HEARING

---

This matter is before the Court *sua sponte*. The Court notes the following outstanding motions are fully briefed:

| | |
|---|---|
| Doc. # 109 | Plaintiff's Motion For Attorneys Fees and Costs; |
| Doc. # 113 | Plaintiff's Motion To Alter Judgment Pursuant To Rule 60(b), F.R.Civ.P.; |
| Doc. # 114 | Plaintiff's Motion For Front Pay or Reinstatement; |
| Doc. # 117 | Defendant's Motion For Review of Clerk's Taxation of Costs; and |
| Doc. # 121 | Defendant's Motion To Strike Plaintiff's Motion For Front Pay or Reinstatement, or Motion For Extension of Time To Respond. |

IT IS HEREBY ORDERED that a hearing on the above motions is set for **April 6, 2009 at 10:30 a.m.** The Court has set aside 90 minutes for this hearing.

DATED: March __13__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge