**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Nel Steffens            Date:  June 8, 2009
Court Reporter:   Darlene Martinez

---

Civil Action No.    07-cv-00824-CMA-MJW

*Parties:*                                                         *Counsel:*

ED THOMAS,                                                         David Lane
                                                                   Althea Licht
     Plaintiff,

v.

PILLOW KINGDOM, INC.,                                              Edwin Aro
     d/b/a Furniture Row, LLC,

     Defendant.

---

### COURTROOM MINUTES
---

HEARING: Motions Hearing

**10:30 a.m.    Court in session.**

Appearances of counsel.  Plaintiff is present.  Also seated at defendant's table is Rich Cohen from the Pillow Kingdom legal department.

Argument by Mr. Lane regarding pending motions.

Argument by Mr. Aro.

Response by Mr. Lane.

Response by Mr. Aro.

Discussion.

**ORDERED:**

1. The **Plaintiff's Motion for Attorneys Fees and Costs** [#109], filed December 18, 2008, is **TAKEN UNDER ADVISEMENT.**

2. The **Defendant's Motion to Strike Plaintiff's Motion for Front Pay or Reinstatement** [#121], filed February 5, 2009, is **DENIED**; and

3. The defendant's **Motion for Extension of Time** [#121], filed February 5, 2009, is **GRANTED** in that defendant shall have twenty days to respond to plaintiff's **Motion for Front Pay or Reinstatement** [#114], filed January 16, 2009; plaintiff's reply is due ten days thereafter; a subsequent hearing will be set.

**11:28 a.m.    Court in recess.**

Hearing concluded.

Total in-court time:   00:58