# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: October 15, 2009

---

Civil Action No. 07-cv-00824-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| ED THOMAS, | David Lane |
|     Plaintiff, | |
| v. | |
| PILLOW KINGDOM, INC., | Annie Kao |
|    *a/k/a* FURNITURE ROW, LLC, | Edward Aro |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING: Motions

**3:29 p.m.     Court in session**.

Also present: Plaintiff Ed Thomas and defendant client representative Richard Cohn.

Argument.

**ORDER:**     Plaintiff's Motion for Attorneys Fees and Costs **(109)** is **granted in part and denied in part** as follows: Plaintiff is awarded $107,582.57 in attorneys' fees.

**ORDER:**     Plaintiff's Motion to Alter Judgment Pursuant to Rule 60(b) R.F.Civ.P. **(113)** is **denied**.

**ORDER:**     Plaintiff's Motion for Front Pay or Reinstatement **(114)** is **denied**.

**ORDER:** Defendant's Motion for Review of Clerk's Taxation of Costs **(117)** is **denied**.

**ORDER:** Plaintiff's Supplemental Motion for Attorneys Fees **(144)** is **granted in part and denied in part** as follows: Plaintiff is awarded $10,058.50 in attorneys' fees.

**4:56 p.m.** **Court in recess/hearing concluded**.

Total in-court time: 1:27